USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 94-1304 ERIC DAVIS, Plaintiff, Appellant, v. NEW HAMPSHIRE DEPARTMENT OF CORRECTIONS, CLASSIFICATION BOARD, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Martin F. Loughlin, Senior U.S. District Judge] __________________________ ____________________ Before Torruella, Chief Judge, ___________ Cyr and Boudin, Circuit Judges. ______________ ____________________ Eric Davis on brief pro se. __________ Jeffrey R. Howard, Attorney General, and Lucy C. Hodder, ___________________ _________________ Assistant Attorney General, on brief for appellees. ____________________ September 2, 1994 ____________________ Per Curiam. Because the order from which plaintiff ___________ seeks to appeal is not a "final decision" under 28 U.S.C. 1291, because no certification under 28 U.S.C. 1292(b) has been granted, and because no other basis for interlocutory appeal exists, the appeal is dismissed for lack of jurisdiction. Dismissed. __________